*ENTERED*  *JS-6*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN BEASLEY, | ) | No. CV 08-02022-JSL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| F. B. HAWS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: 7/21/08

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE